# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JUSTIN PABON,<br><br>Petitioner,<br><br>v.<br><br>L.J. MILUSNIC, Warden,<br><br>Respondent. | Case No. CV 19-08700-JLS (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Granting Respondent's Motion to Dismiss,

IT IS ADJUDGED that the Petition is dismissed, and this action is dismissed with prejudice.

Date: 03/22/2020

JOSEPHINE L. STATON
United States District Judge

1